NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANN J. SLADE, DAYNA L. LOEFFLER, AARON M. HOLM, JESSICA C. MULLENBERG,**
*Appellants*

**v.**

**AHMED REGINA, PIERRE GEORGES LOUIS BERBEZY, ELISABETH MARIE-ANNE IDA CHANLIAUD, BERNARD DUPERRIER, MATTHEW KENNEDY MORELL,**
*Appellees*

---

2018-2342

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 106,094.

---

## JUDGMENT

---

MICHAEL L. GOLDMAN, Pepper Hamilton LLP, Rochester, NY, argued for appellants. Also represented by ANDREW PETER ZAPPIA.

CHRISTOPHER LEE NORTH, Buchanan Ingersoll & Rooney PC, Alexandria, VA, argued for appellees. Also

represented by T<small>ODD</small> R<small>AY</small> W<small>ALTERS</small>; G<small>ARY</small> G<small>ERSHIK</small>, Cooper & Dunham, LLP, New York, NY.

_____

T<small>HIS</small> C<small>AUSE</small> having been heard and considered, it is

O<small>RDERED</small> and A<small>DJUDGED</small>:

P<small>ER</small> C<small>URIAM</small> (P<small>ROST</small>, *Chief Judge,* P<small>LAGER</small> and O'M<small>ALLEY</small>, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

E<small>NTERED BY</small> O<small>RDER OF THE</small> C<small>OURT</small>

| August 9, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |